

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00596-CV

**IN RE** Raymond Matthew **GALASSO**, and Colleen Galasso,
both individually, and on behalf of their son Raymond George Galasso

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

On September 19, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 29, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CI17440, styled *Raymond Matthew Galasso, and Colleen Galasso, both individually, and on behalf of their son, Raymond George Galasso, deceased, Plaintiffs, v. Alamo Trust, Inc., et al*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.